**Order entered July 14, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00591-CV

**YOUVALL ZIVE, Appellant**

**V.**

**CITY BANK, Appellee**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-01876-2010**

## ORDER

We **GRANT** appellant's May 30, 2014 motion to consolidate this appeal with cause number 05-14-00260-CV, styled "Grapevine Diamond, L.P. and Jonathan Aflatouni v. City Bank," and **CONSOLIDATE** the two appeals. The parties shall now use only cause number 05-14-00260-CV when referencing the appeal. In light of the consolidation of the two appeals, we **DENY** as moot appellant's June 13, 2014 "motion for inclusion of clerk's record."

/s/    ELIZABETH LANG-MIERS
         JUSTICE